### JACK W. MOORE v. STATE OF FLORIDA

11 So. (2nd) 486
January 22, 1943

January Term, 1943
Division B

*Merritt & Brown & Newberry,* and *Whit Newberry,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

BUFORD, C. J.:

Appeal brings for review judgment of conviction.

The record has been examined in the light of briefs and argument of counsel.

The evidence is found to be entirely insufficient to establish the guilt of the appellant.

Judgment reversed.

So ordered.

BROWN, THOMAS and SEBRING, JJ., concur.